IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. 20-428 |
| : | |
| WILLIAM T. MCCANDLESS : | |

## ORDER

**AND NOW**, this 29th day of October, 2021, after a telephone conference with counsel for the defendant and counsel for the government; and the defendant having filed a motion for an extension of time to file pretrial motions (Doc. No. 48); accordingly, and for good cause shown, it is hereby **ORDERED** that the defendant's motion to extend the time to file pretrial motions (Doc. No. 48) is **GRANTED** and the scheduling order issued on July 22, 2021 (Doc. No. 40) is **AMENDED** as follows:

1. The parties shall file any pretrial motions (excluding motions *in limine*) by **January 14, 2022**;

2. The parties shall file any opposition to pretrial motions (excluding motions *in limine*) by **January 21, 2022**; and

3. The evidentiary hearing on any pretrial motions currently scheduled for Monday, November 15, 2021, at 10:00 a.m. is **RESCHEDULED** to **Friday**, **February 4, 2022**, at **10:00 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania;

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.